**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN B. HOANG, et. al., | CASE NO. 5:11-cv-06364 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JPMORGAN CHASE BANK, et. al., | |
| Defendant(s). | |

The Case Management Conference currently scheduled for October 26, 2012, is CONTINUED to **November 9, 2012, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **November 2, 2012.**

The Request for Telephonic Appearance (Docket Item No. 27) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: October 17, 2012

EDWARD J. DAVILA
United States District Judge